IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER BROWSING LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>LENOVO GROUP LTD.,<br><br>*Defendant.* | §§§§§§§§§§§§ CIVIL ACTION NO. 2:23-CV-00301-JRG-RSP<br>(Lead Case)<br><br>CIVIL ACTION NO. 2:23-CV-00302-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Better Browsing LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants"). (Dkt. No. 25.) In the Stipulation, the parties represent that member case 2:23-cv-00302 has been resolved and request dismissal WITH prejudice. (*Id.* at 1.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in member case 2:23-cv-00302 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** member case 2:23-cv-00302 as no parties or claims remain. The Clerk of Court is directed to **MAINTAIN AS OPEN** lead case 2:23-cv-301 in light of the remaining parties and claims.

So Ordered this

Nov 17, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE